IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP MOUNT,
    Petitioner,

vs.                            Case No. 5:05cv146/MCR/MD

LARRY SPENCER, et al.,
    Respondents.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. The petitioner has submitted, and there is now before the court, a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1).

The petitioner has now tendered a "Motion of Dismissal" pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, indicating he is presently unable to litigate this case. FED.R.CIV.P. Rule 41(a)(1)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves his answer, or files a motion for summary judgment. Since the respondent has not yet been served, it is clear that the petitioner is automatically entitled to take a voluntary dismissal at this time.[1]

---

[1] In his motion, petitioner requests that the court provide "the agency name and addresses [sic] to file all Federal issues . . . [a]s well as the proper grievances [sic] forms." (Doc. 4, p. 1). In this court's order requiring amendment of the original petition, petitioner was advised that the Bureau of Prisons' website indicates he is under the control of the Community Corrections Management Office in Orlando, Florida. See www.bop.gov. As to petitioner's request for grievance forms, he is advised that this court neither has, nor is responsible for providing, the forms necessary for him to exhaust his administrative remedies with respect to civil rights or other issues.

Accordingly, it is respectfully RECOMMENDED:

That the motion for voluntary dismissal (doc. 4) be GRANTED and this case be DISMISSED WITHOUT PREJUDICE.

At Pensacola, Florida, this 6th day of September, 2005.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).