IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PHILLIP MOUNT,
    Petitioner,

vs.                                       CASE NO.: 5:05cv146/MCR/MD

LARRY SPENCER, et al.,
    Respondents.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 6, 2005. The petitioner previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.     The motion for voluntary dismissal (doc. 4) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

    DONE AND ORDERED this 7th day of October, 2005.

                                        s/ _M. Casey Rodgers_
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**